IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:14-CR-104 KJM |
| BOBBI JO HEISS, ET AL. | |
| Defendant. | |

FILED
APR 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum            ☐ Ad Testificandum

Name of Detainee: BOBBI JO HEISS
Detained at: FRESNO COUNTY JAIL

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
   charging detainee with: 18 USC§ 1029(b)(2) and 18 USC §1029(a)(2)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: JARED C. DOLAN    916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum            ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4-10-2015                        _____
                                         Honorable Edmund F. Brennan
                                         U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 1422913/7053544 | DOB: | 12/28/1986 |
| Facility Address: | 2200 Fresno Street, Fresno CA 93721 | Race: | Caucasion |
| Facility Phone: | (559) 488-3939 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                    (signature)